SUNTIED STATES BANKRUPTC15-Y COURT
DISTRICT OF NEW JERSEY

TO:  JAMES J. WALDRON, CLERK          CASE NO. 24-20948  CMG
                                      IN RE:  Ameena Terrell
_____
      INFORMATION FOR NOTICE OF PRIVATE SALE BY THE DEBTOR

　　　AMEENA TERRELL, debtor propose to sell certain property of the estate to the person and on the terms described below.

　　　If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court located at 402 East State Street, Trenton NJ 08608.

　　　Such Objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

　　　If an objection is filed a hearing will held before the Honorable Christine Gravelle on December 4, 2024 at 9:00 a.m. at the United Bankruptcy Court courtroom No.  3

　　　If no objection to the public sale is filed with the Clerk and served upon the Trustee as required above on or before (date to be fixed by the Court), sale will be consummated as proposed on (date to be fixed by the Court).

　　　Description of Property:    204 Mill Run Court., Hightstown, NJ
　　　Proposed Purchaser          Gangasingh Rathod
　　　Sales price:                $275,000.00

　　　X  　Pursuant to D.N.J. LBR 6004.5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

　　　Name of Professional:    Donna Moskowitz of Keller Williams
　　　Amount to be paid:       maximum of 5% of purchase price ($275,000)
　　　Services Rendered:       Listing of property, Showing of property and assisting the seller throughout the closing process

　　　Name of Professional:    Robert Schwartz, Esq
　　　Amount to be paid:       $900.00
　　　Services Rendered:       Review of Sales Contract, attorney review letter, preparation of documents attendance at closing.

　　　Name of Professional:    Peter E. Zimnis
　　　Amount to be paid:       $900.00 plus any applicable Court Solutions costs
　　　Services Rendered:       Motion to Sell property.  Application to retain realtor.  Application to appoint special counsel.

　　　Higher and better offers will be received.  They must be in writing and filed with the Clerk prior to the date set for filing objections.

　　　Request for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:
Name:  Peter E. Zimnis
Address: 1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:      609-581-9353

Submitted By:   /s/ John Zimnis    Position:_____  Phone:_____
Dated:  11/8/24