UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In Re:

AMEENA TERRELL

Case No.: 24-20948

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, __John Zimnis__ :

    ☒ represent __Ameena Terrell__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __11/14/24__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Application to Appoint Realtor;  Application to Appoint Special Counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/14/24

/s/ John Zimnis
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shellpoint Mortgage<br>PO Box 10826<br>Attn: Corporate Officer and/or Managing Agent<br>Greenville, SC 29603 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group | creditor's lawyer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |