Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−20948−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ameena N Terrell
   204 Mill Run Court
   Hightstown, NJ 08520

Social Security No.:
   xxx−xx−7306

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:    1/15/25
Time:    10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 12, 2024
JAN: pbf

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20948-CMG |
| Ameena N Terrell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2024 | Form ID: 132 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ameena N Terrell, 204 Mill Run Court, Hightstown, NJ 08520-3028 |
| 520446168 | + | Bright Capital Inc (Bright Money), 50 California Street, Suite 1621, Attn: Collections, San Francisco, CA 94111-4624 |
| 520446172 | + | Credit Convey (Hamiltonian LLC), 109 E 17th Street, Ste 430, Attn: Collections, Cheyenne, WY 82001-4543 |
| 520446175 | + | Empower Finance, Inc., 650 California Street, Floor 7, Attn: Collections, San Francisco, CA 94108-2737 |
| 520446176 | + | Fast Fund Lending, PO Box 70, Solon, IA 52333-0070 |
| 520446180 | + | Klover Holdings, Inc, 222 W Hubbard Street, Ste 210, Attn: Collections, Chicago, IL 60654-4938 |
| 520446181 | + | Money Cash Advance App, Prog Services, Inc., 256 West Data Drive, Attn: Collections, Draper, UT 84020-2315 |
| 520446183 | + | OneBlinc aka BlincAdvance, LLC, 1111 Brickell Avenue, 10th Floor, Attn: Collections, Miami, FL 33131-3112 |
| 520446185 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520446187 | + | Snaptravel, Inc. (dba Super Travel), Super.com, 18 Bartol Street, Attn: Collections, San Francisco, CA 94133-4501 |
| 520446190 | + | The Capital Good Fund, 333 Smith Street, Providence, RI 02908-3759 |
| 520446191 | | Uprova Credit, LLC, 635 East Highway 20, V, Attn: Collections, Upper Lake, CA 95485 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2024 22:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2024 22:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520446170 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2024 22:25:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 520446171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2024 22:30:11 | Citibank (Best Buy), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520446173 | + | Email/Text: mrdiscen@discover.com | Nov 12 2024 22:22:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 520452232 | | Email/Text: mrdiscen@discover.com | Nov 12 2024 22:22:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520446174 | + | Email/Text: EBN@edfinancial.com | Nov 12 2024 22:23:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520446177 | | Email/Text: consumers@fcsbpo.com | Nov 12 2024 22:23:00 | First Credit Services, 9 Wills Way, Building 3, Re: Retro Fitness East Windsor, Piscataway, NJ 08854 |
| 520446178 | | Email/Text: reports@halstedfinancial.com | Nov 12 2024 22:23:00 | Halstead FInancial Services, PO Box 828, Re: Spotloan (BlueChip Financial), Skokie, IL 60076 |
| 520446179 | ^ | MEBN | Nov 12 2024 22:19:53 | InDebted Mail Processing Center, P.O. Box 1201, Re: Trustly/InDebted (Casino VIP Prefer), Farmington, MO 63640-4128 |
| 520446169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 12 2024 22:30:04 | Chase Bank USA, 800 Brooksedge Blvd, |

| | | | | |
|---|---|---|---|---|
| | | | | Westerville, OH 43081 |
| 520446182 | + | Email/PDF: cbp@omf.com | Nov 12 2024 22:29:55 | One Main Financial, PO Box 70912, Charlotte, NC 28272-0912 |
| 520446184 | + | Email/Text: bankruptcy@pseg.com | Nov 12 2024 22:22:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 77 571 635 01, Cranford, NJ 07016-0490 |
| 520446188 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 12 2024 22:30:14 | SOFI Bank, 2750 East Cottonwood Parkway, #300, Salt Lake City, UT 84121-7285 |
| 520446186 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 12 2024 22:23:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 520446189 | + | Email/Text: bncmail@w-legal.com | Nov 12 2024 22:24:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 520446192 | | Email/Text: jose@volafinance.com | Nov 12 2024 22:24:00 | Vola Finance, 1 Chestnut Hill Plaza, #1019, Attn: Collections, Newark, DE 19713 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4