SUNTIED STATES BANKRUPTC15-Y COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK                    CASE NO. 24-20948_CMG____
                                                IN RE:  Ameena Terrell

_____
     INFORMATION FOR NOTICE OF PRIVATE SALE BY THE DEBTOR

AMEENA TERRELL, debtor propose to sell certain property of the estate to the person and on the terms described below.

If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court located at 402 East State Street, Trenton NJ 08608.

Such Objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

If an objection is filed a hearing will held before the Honorable Christine Gravelle on December 4, 2024 at 9:00 a.m. at the United Bankruptcy Court courtroom No.  3    .

If no objection to the public sale is filed with the Clerk and served upon the Trustee as required above on or before (date to be fixed by the Court), sale will be consummated as proposed on (date to be fixed by the Court).

Description of Property:    204 Mill Run Court., Hightstown, NJ
Proposed Purchaser          Gangasingh Rathod
Sales price:                $275,000.00

X     Pursuant to D.N.J. LBR 6004.5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:    Donna Moskowitz of Keller Williams
Amount to be paid:       maximum of 5% of purchase price ($275,000)
Services Rendered:       Listing of property, Showing of property and assisting the seller throughout the closing process

Name of Professional:    Robert Schwartz, Esq
Amount to be paid:       $900.00
Services Rendered:       Review of Sales Contract, attorney review letter, preparation of documents attendance at closing.

Name of Professional:    Peter E. Zimnis
Amount to be paid:       $900.00 plus any applicable Court Solutions costs
Services Rendered:       Motion to Sell property.  Application to retain realtor.   Application to appoint special counsel.

Higher and better offers will be received.  They must be in writing and filed with the Clerk prior to the date set for filing objections.

Request for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:
Name:  Peter E. Zimnis
Address: 1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:        609-581-9353

Submitted By:    /s/ John Zimnis    Position:_____    Phone:_____
Dated:  11/8/24

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 24-20948-CMG

Ameena N Terrell     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Nov 12, 2024     Form ID: pdf905     Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ameena N Terrell, 204 Mill Run Court, Hightstown, NJ 08520-3028 |
| 520446168 | + | Bright Capital Inc (Bright Money), 50 California Street, Suite 1621, Attn: Collections, San Francisco, CA 94111-4624 |
| 520446172 | + | Credit Convey (Hamiltonian LLC), 109 E 17th Street, Ste 430, Attn: Collections, Cheyenne, WY 82001-4543 |
| 520446175 | + | Empower Finance, Inc., 650 California Street, Floor 7, Attn: Collections, San Francisco, CA 94108-2737 |
| 520446176 | + | Fast Fund Lending, PO Box 70, Solon, IA 52333-0070 |
| 520446180 | + | Klover Holdings, Inc, 222 W Hubbard Street, Ste 210, Attn: Collections, Chicago, IL 60654-4938 |
| 520446181 | + | Money Cash Advance App, Prog Services, Inc., 256 West Data Drive, Attn: Collections, Draper, UT 84020-2315 |
| 520446183 | + | OneBlinc aka BlincAdvance, LLC, 1111 Brickell Avenue, 10th Floor, Attn: Collections, Miami, FL 33131-3112 |
| 520446185 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520446187 | + | Snaptravel, Inc. (dba Super Travel), Super.com, 18 Bartol Street, Attn: Collections, San Francisco, CA 94133-4501 |
| 520446190 | + | The Capital Good Fund, 333 Smith Street, Providence, RI 02908-3759 |
| 520446191 | | Uprova Credit, LLC, 635 East Highway 20, V, Attn: Collections, Upper Lake, CA 95485 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2024 22:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2024 22:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520446170 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2024 22:25:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 520446171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2024 22:52:20 | Citibank (Best Buy), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520446173 | + | Email/Text: mrdiscen@discover.com | Nov 12 2024 22:22:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 520452232 | | Email/Text: mrdiscen@discover.com | Nov 12 2024 22:22:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520446174 | + | Email/Text: EBN@edfinancial.com | Nov 12 2024 22:23:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520446177 | | Email/Text: consumers@fcsbpo.com | Nov 12 2024 22:23:00 | First Credit Services, 9 Wills Way, Building 3, Re: Retro Fitness East Windsor, Piscataway, NJ 08854 |
| 520446178 | | Email/Text: reports@halstedfinancial.com | Nov 12 2024 22:23:00 | Halstead FInancial Services, PO Box 828, Re: Spotloan (BlueChip Financial), Skokie, IL 60076 |
| 520446179 | ^ | MEBN | Nov 12 2024 22:19:58 | InDebted Mail Processing Center, P.O. Box 1201, Re: Trustly/InDebted (Casino VIP Prefer), Farmington, MO 63640-4128 |
| 520446169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 12 2024 22:40:24 | Chase Bank USA, 800 Brooksedge Blvd, |

| | | | | |
|---|---|---|---|---|
| | | | | Westerville, OH 43081 |
| 520446182 | + | Email/PDF: cbp@omf.com | Nov 12 2024 22:29:38 | One Main Financial, PO Box 70912, Charlotte, NC 28272-0912 |
| 520446184 | + | Email/Text: bankruptcy@pseg.com | Nov 12 2024 22:22:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 77 571 635 01, Cranford, NJ 07016-0490 |
| 520446188 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 12 2024 22:30:06 | SOFI Bank, 2750 East Cottonwood Parkway, #300, Salt Lake City, UT 84121-7285 |
| 520446186 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 12 2024 22:23:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 520446189 | + | Email/Text: bncmail@w-legal.com | Nov 12 2024 22:24:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 520446192 | | Email/Text: jose@volafinance.com | Nov 12 2024 22:24:00 | Vola Finance, 1 Chestnut Hill Plaza, #1019, Attn: Collections, Newark, DE 19713 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4