# *SCHWARTZ LAW GROUP, LLC*

ROBERT M. SCHWARTZ*  
Email: RMSchwartz@schwartzlawgroupllc.com

ANDREW L. SCHWARTZ**  
Email: ALSchwartz@schwartzlawgroupllc.com

JOHN T. FARINELLA, JR.** *Of Counsel*  
Email: JTFarinella@schwartzlawgroupllc.com  
Email: JFarinella@njpsa.org

JORDAN SHEAD* *Of Counsel*  
Email: JShead@njpsa.org

Monroe Centre at Forsgate  
12 Centre Drive  
Monroe Township, NJ 08831

Telephone: (609) 860-9100  
E-Fax: (609) 293-5934

\*   Admitted in NJ  
\*\* Admitted in NJ & NY

November 12, 2024

**VIA EMAIL**  
Mr. John Zimnis, Esq.  
The Law Office of Peter E. Zimnis  
1245 Whitehorse Mercerville Rd. – Suite 412  
Hamilton, New Jersey 08619

      Re:    Terrell to Rathod  
                Property: 204 Mill Run Court

Dear Mr. Zimnis:

This is to advise that our office represents Ameena Terrell with regard to the sale of her property located at 204 Mill Run Court, Hightstown, New Jersey.

Please be advised that our fee for the closing of this transaction is $900.00.

If you have any other questions, please feel free to contact our office.

Thank you.

                                          Very truly yours,

                                          Robert M. Schwartz

RMS:va  
cc:    Ameena Terrell (via email)