MLS#_____

# NEW JERSEY RESIDENTIAL LISTING AGREEMENT - SALE/LEASE

Exclusive Listing Agreement dated: __Oct 11, 2024__ between ("SELLER/LANDLORD")
Seller/Landlord: __Ameena Terrell__ and
Seller's/Landlord's Address: __204 Mill Run Ct__ ("BROKER")
Broker (Agency): __Keller Williams Premier__
Agency Address: __2355 Rte 33__
Agency Phone: __609-459-5100__

**1) In Consideration** of BROKER listing and attempting to obtain a buyer or tenant for SELLER'S/LANDLORD'S property known as: __204 Mill Run Ct__ (the "Property"), the SELLER/LANDLORD appoints BROKER as the exclusive agent and gives BROKER the sole and exclusive right to sell the Property for $ __299,900__ or for any other price and any terms to which the SELLER/LANDLORD may agree or to lease or rent the Property at an annual rate of $ _____ or for any other rate and terms to which the SELLER/LANDLORD may agree, from this date until __April 11, 2024__ and authorizes the BROKER to place BROKER'S "For Sale", or "For Lease", and "Pending/Under Contract" on the Property, removing all others at its sole discretion, and to take any other reasonable actions to sell or lease the Property. SELLER/LANDLORD represents that the Property is not subject to a valid listing agreement or any extension period for a listing agreement with another broker.

**2) Multiple Listing Service:**

**A) Submission:** BROKER will electronically input or deliver this Agreement and the MLS Property Profile Form to Bright MLS and/or __Bright__ MLS within forty-eight (48) hours of the effective date of the listing, after all necessary signatures of SELLER/LANDLORD have been obtained and the listing term has begun. BROKER is required to electronically input or deliver to the MLS provider within three (3) business days all changes of status to this Agreement, including the reporting of Under Contract, Pending Contract, Settled (including sale or rental price), or Withdrawn or Temporarily Withdrawn. Any change in the listing price or other change in the original Agreement shall be made only when authorized, in writing, by the SELLER/LANDLORD.

**B) Listing of Address and Display of Property on the Internet:**

1. SELLER/LANDLORD [X] Does authorize  [ ] Does not authorize  the Property to be displayed on the Internet.
2. SELLER/LANDLORD [X] Does authorize  [ ] Does not authorize  the address of the Property to be displayed on the Internet.

SELLER/LANDLORD understands and acknowledges that, if the Property is not displayed on the Internet, consumers who conduct searches for listings on the Internet will not see information about the Property in response to their search.

**C) Virtual Office Web Site(s):** There are many ways of marketing properties electronically. Some brokers may use a method called a virtual office website (also known as a VOW), which is governed by specific rules and policies. The SELLER/LANDLORD has the right to control some elements of how the Property is displayed on a virtual office web site. If the SELLER/LANDLORD has authorized "B" above to have the Property displayed on the Internet, SELLER/LANDLORD elects to have the following features disabled or discontinued for SELLER'S/LANDLORD'S listing on a virtual office web site (check all that apply):

[ ] Comments or reviews about SELLER'S/LANDLORD'S listings, or a hyperlink to such comments or reviews, in immediate conjunction with SELLER'S/LANDLORD'S listing.

[ ] Automated estimates of the market value of SELLER'S/LANDLORD'S listing, or a hyperlink to such estimates, in immediate conjunction with the SELLER'S/LANDLORD's listing.

**D) MLS Communication:** BROKER shall communicate to the MLS all of SELLER's/LANDLORD'S elections made in "B" & "C" above.

**3) Commission on Sale or Lease:** SELLER/LANDLORD agrees to pay BROKER a commission of __5__%
if the sale of the Property, or any part of it, is made by BROKER, any cooperating broker, SELLER/LANDLORD or any other person during the term of this Agreement, which commission shall be payable at the closing for the sale of the Property. If the

Initials Listing Agent __DM__  Initials SELLER(S)/LANDLORD(S) __AT__

Page 1 of 4

Property, or any part of it, is rented, the SELLER/LANDLORD agrees to pay BROKER a commission of _____NA_____ and a commission of _____NA_____ on each renewal of the lease. If during such tenancy, the tenant at any time purchases the Property, or any part of it, a commission of _____NA_____ shall be paid to BROKER by the SELLER/LANDLORD. Said commission shall be due and earned for the term of the lease upon the signing of the lease. If SELLER/LANDLORD defaults in their obligations to sell or lease the Property or any part of it so that a closing does not occur or a lease is not signed or is breached by SELLER/LANDLORD, SELLER/LANDLORD shall pay to BROKER its full commission. If the buyer or tenant defaults in its obligations to buy or lease the Property or any part of it so that a closing does not occur or a lease is not signed or is breached by the tenant, SELLER/LANDLORD shall pay to BROKER fifty (50%) percent of all amounts collected by SELLER/LANDLORD from the buyer or tenant, including but not limited to any deposit money, which amount shall not exceed the amount of the commission due to BROKER.

As SELLER/LANDLORD, you have the right to individually reach an agreement on any fee, commission, or other valuable consideration with any broker. No fee, commission, or other consideration has been fixed by any governmental authority or by any trade association or multiple listing service. Nothing in this Agreement is intended to prohibit an individual broker from establishing a policy regarding the amount of fee, commission or other valuable consideration to be charged in transactions by the broker.

4) **Broker Protection:** A brokerage fee shall be paid if the Property, or any part of it, becomes subject to a written agreement of sale between a buyer or a written lease between a tenant and SELLER/LANDLORD or their designees or is sold, conveyed, leased, or in any way transferred within _____ days after the termination or expiration of this Agreement, or any extension of it, to anyone to whom BROKER has dealt with concerning this Property before final termination or expiration of this Agreement, or any extension of it, provided BROKER has sent a written notice to SELLER/LANDLORD that includes the names of prospective buyers and tenants within thirty (30) days of the termination or expiration of this Agreement or any extension of it. However, this protection does not apply if the Property is subsequently listed with another real estate broker when a contract of sale or lease is signed.

5) **Other Obligations of SELLER/LANDLORD:** SELLER/LANDLORD agrees to refer to BROKER every person or entity who contacts SELLER/LANDLORD directly during the term of this Agreement concerning this listing or the sale or lease of the Property and to direct that all negotiations for the sale or lease shall be made through BROKER.

SELLER/LANDLORD shall cooperate with BROKER in affording any prospective buyer or tenant the opportunity of a full inspection of the Property. SELLER/LANDLORD states that they are the only owners of the Property, have the legal right to list and sell and/or rent it, can and will sign those documents required to transfer good title at the closing of the sale of the Property or to lease the Property, have disclosed all mortgages and other encumbrances on the Property, and that there will be sufficient assets at the closing to pay the commission to BROKER and are not aware of any environmental hazards or proceedings, threatened or actual, regarding such hazards related to the Property. SELLER/LANDLORD states that the information given and listed in this Agreement and the MLS Property Data/Profile Form is complete and correct and they will reimburse and indemnify and hold harmless BROKER for any expense and/or loss resulting directly or indirectly from SELLER/LANDLORD providing incomplete or incorrect information to BROKER or any buyer or tenant, or their agents or representatives, or from any acts or omissions by SELLER/LANDLORD arising from or related to the marketing or sale of the Property, including but not limited to any injury to any person lawfully at the Property. SELLER/LANDLORD states that their attention has been called to the Memorandum of the Attorney General regarding discrimination printed on the reverse side of or attached to this Agreement, and that they have read and received a copy of this Agreement and the MLS Property Profile Form. There are no agreements or conditions other than those stated in this Agreement.

6) **Real Estate Relationships:** I, ___Donna Moskowitz___ (Name of Licensee) as an authorized representative of ___Keller Williams Premier___ (Name of Firm), intend as of this time, to work with you as a: (indicate one)

☐ Seller's/Landlord's (Circle One) Agent Only

☑ Seller's/Landlord's (Circle One) Agent and Disclosed Dual Agent if the opportunity arises

☐ Seller's/Landlord's (Circle One) Agent on properties on which this Firm is acting as the Seller's/Landlord's Agent and Transaction Broker on other properties.

☐ Transaction Broker Only

Initials Listing Agent __DM__   Initials SELLER(S)/LANDLORD(S) __HT__

**7) Commission Splits:** LISTING BROKERS USUALLY COOPERATE WITH OTHER BROKERAGE FIRMS BY SHARING INFORMATION ABOUT THEIR LISTINGS AND OFFERING TO PAY PART OF THEIR COMMISSION TO THE FIRM THAT PRODUCES A BUYER. THIS IS GENERALLY REFERRED TO AS THE "COMMISSION SPLIT." SOME LISTING BROKERS OFFER TO PAY COMMISSION SPLITS OF A PORTION OF THE GROSS COMMISSION, USUALLY EXPRESSED AS A PERCENTAGE OF THE SELLING PRICE, LESS A SIGNIFICANT DOLLAR AMOUNT. OTHER LISTING BROKERS OFFER A PORTION OF THE GROSS COMMISSION LESS ONLY A MINIMAL LISTING FEE OR LESS ZERO.
THE AMOUNT OF COMMISSION SPLIT YOUR BROKER OFFERS CAN AFFECT THE EXTENT TO WHICH YOUR PROPERTY IS EXPOSED TO PROSPECTIVE BUYERS WORKING WITH LICENSEES FROM OTHER BROKERAGE FIRMS.
ON THIS LISTING, THE BROKER IS OFFERING A COMMISSION SPLIT OF __2.5__ MINUS __150__ TO POTENTIAL COOPERATING FIRMS.
IF YOU FEEL THIS MAY RESULT IN YOUR PROPERTY RECEIVING LESS THAN MAXIMUM EXPOSURE TO BUYERS, YOU SHOULD DISCUSS THOSE CONCERNS WITH THE LISTING SALESPERSON OR HIS/HER SUPERVISING BROKER.
BY SIGNING THIS LISTING AGREEMENT, THE OWNER(S) ACKNOWLEDGE HAVING READ THIS STATEMENT ON COMMISSION SPLITS.

**8) SELLER/LANDLORD** (Circle One) authorizes BROKER to cooperate and share compensation with:
(A) Subagents: ☐ Yes ☒ No   (B) Buyer Brokers: ☒ Yes ☐ No   (C) Transaction Brokers: ☒ Yes ☐ No
BROKER offers the following commission to Subagents: __0__ Buyer Brokers: __2.5-150__ Transaction Brokers: __2.5-150__

**9) Consumer Information Statement:** By signing this Agreement, SELLER/LANDLORD (Circle One) acknowledges that they received the Consumer Information Statement on New Jersey Real Estate Relationships.

**10) Exclusions:** Any equipment and/or extras listed on the attached MLS Property Profile Form are included in the sale price unless otherwise specified. The following items are specifically excluded:
_____
_____
_____

**11) Binding on Successors:** SELLER/LANDLORD understands that the authority conferred upon BROKER by this Agreement cannot be withdrawn during the term of this Agreement and any extension of it, and shall be binding upon the heirs, executors, administrators, personal representatives and assigns of the SELLER/LANDLORD.

**12) Other Contract Provisions:** _____

**13) Seller/Landlord Property Disclosure:** A SELLER/LANDLORD-prepared property disclosure form is/is not (circle one) available for review by prospective buyers and tenants.

**14) Additional Sales Terms:**
A) Bank Owned / REO ☐ Yes ☒ No  A property owned by a bank or other lender (collectively a "Lender") may have been acquired through a foreclosure sale.
B) Third Party Approval ☐ Yes ☒ No  A Lender must approve the sales price and the amount or rate of commission because the SELLER/LANDLORD does not have the resources to satisfy the outstanding mortgage and other liens, if any.
C) Short Sale ☐ Yes ☒ No  The proceeds will fall short of what the SELLER/LANDLORD still owes on the outstanding mortgage and other liens, if any.

**15) Lockbox Authorization:** Supra Electronic Lockbox: ☐ Yes ☒ No  Combination Lockbox: ☐ Yes ☒ No
SELLER/LANDLORD authorizes BROKER to place a Supra Electronic or Combination Lockbox (as checked above) at the Property.
SELLER/LANDLORD acknowledges that the main differences between Supra Electronic and Combination Lockboxes are as follows:

Initials Listing Agent ____  Initials SELLER(S)/LANDLORD(S) __AT__

Page 3 of 4

a) a Supra Electronic Lockbox requires a special registered electronic key to open the lockbox and release the shackles, allows viewing of showing agent's name and phone number, is capable of receiving a showing notice and e-mail when opened, allows viewing of showing activity details on Supra Web, and can be set to control lockbox access hours; and

b) a Combination Lockbox does not require a special registered electronic or any other type of key to open, its combination is set by the listing agent of the BROKER and is given to other showing agents, does not record the showing agent's name and phone number or when the lockbox is opened, and cannot be set to control access hours.

SELLER/LANDLORD further acknowledges and agrees that Supra Electronic or Combination Lockboxes may be compromised or circumvented resulting in personal injury or property damage or loss by burglary or otherwise. BROKER and associates of the BROKER are not insurers against personal injury or property damage, or loss incurred by SELLER/LANDLORD or others at the Property and SELLER/LANDLORD is advised to safeguard or remove valuables now located within the Property and to verify the existence of or obtain insurance through an insurance agent of SELLER'S/LANDLORD'S choice against the risks of personal injury or property damage or loss of personal property.

If a tenant(s) occupies the Property, then SELLER/LANDLORD will obtain the tenant(s)' consent to this authorization on the attached Exhibit A.

SELLER/LANDLORD hereby releases and agrees to indemnify, defend, and hold BROKER harmless from and against any and all claims or losses arising from or in connection with the use of the Supra Electronic or Combination Lockbox at the Property.

**16) This is a legal binding contract. If SELLER/LANDLORD does not understand any provision(s) in it, they should seek legal advice.**

To indicate their agreement, SELLER/LANDLORD and BROKER or its agent have completed and signed this Agreement. SELLER/LANDLORD represents that all parties necessary to legally convey or lease the Property have signed below.

**DO NOT SIGN THIS LISTING AGREEMENT UNLESS PROPERLY DATED.**

LISTING AGENT: _Dunda Mrkuwitz_   Date Signed: _10/11/2024_

SELLER/LANDLORD: _____   Date Signed: _____

Email Address: _____   Cell Phone: _____

SELLER/LANDLORD: _X_____   Date Signed: _10/11/24_

Email Address: _____   Cell Phone: _____

Home Phone: _____   Appointment Phone _____

Initials Listing Agent_____  Initials SELLER(S)/LANDLORD(S)_____