|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT | : |
| DISTRICT OF NEW JERSEY | : |
| _____ | : |
|  | : Order Filed on December 2, 2024 |
|  | : by Clerk |
| LAW OFFICES OF PETER E. ZIMNIS | : U.S. Bankruptcy Court |
| Whitehorse Executive Center | : District of New Jersey |
| 1245 Whitehorse Mercerville Rd, Suite 412 | : |
| Trenton, NJ 08619 | : |
| 609-581-9353 | : |
| Attorney for Debtor(s) | : |
|  | : |
| _____ | : CHAPTER 13 |
| In Re: | : |
|  | : CASE NO. 24-20948 |
| AMEENA TERRELL | : ADV NO. |
|  | : |
|    Debtors | : HEARING DATE |
|  | : |
| _____ | : JUDGE Christine M. Gravelle |

| Recommended Local Form: | Followed | Modified |

# ORDER AUTHORIZING RETENTION
# OF PROFESSIONAL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 2, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:         Ameena Terrell
Case No.:   24-20948

Applicant:   Ameena Terrell

    ☐☐Trustee:     ☐Chap. 7        ☐Chap. 11        ☐Chap. 13.

    ☐☐Debtor:     ☐Chap. 11        **X**☐Chap. 13

    ☐☐Official Committee of _____

Name of Professional:_ **Donna Moskowitz**
Address of Professional       **Keller Williams, 2355 Rt 33, Robbinsville, NJ 08691**

Attorney for:       Trustee☐Debtor-in-Possession

    ☐Official Committee of _____

☐Accountant for:

    ☐Trustee      ☐Debtor-in-Possession

    ☐Official Committee of _____

**X**☐☐Other Professional:

    **X**☐☐Realtor      ☐Appraiser      ☐Special Counsel   ☐Auctioneer

    ☐Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of the retention is the date the application was filed with the Court.

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20948-CMG |
| Ameena N Terrell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

**Recip ID         Recipient Name and Address**
db            +  Ameena N Terrell, 204 Mill Run Court, Hightstown, NJ 08520-3028

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
                   docs@russotrustee.com

Denise E. Carlon
                   on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Zimnis
                   on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com.

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4