```
_____
 UNITED STATE BANKRUPTCY COURT       :
 DISTRICT OF NEW JERSEY              :
_____    :
                                     :        Order Filed on December 2, 2024
                                     :        by Clerk
 Law Office of Peter Zimnis          :        U.S. Bankruptcy Court
 1245 Whitehorse Mercerville Rd      :        District of New Jersey
 Trenton, NJ 08619                   :
 609-581-9353                        :
 Attorney for Debtor                 :
_____    :        CHAPTER 13
 In Re:                              :
                                     :        CASE NO. 24-20948
 AMEENA TERRELL                      :        ADV NO.
                                     :
        Debtors                      :        HEARING DATE
                                     :
_____:            JUDGE Christine M. Gravelle
```

| | | |
|---|---|---|
| Recommended Local Form: | ☐☐Followed | ☐☐Modified |

# ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL

The relief set forth on the following pages,
numbered two (2) is hereby **ORDERED**.

**DATED: December 2, 2024**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:      Ameena Terrell
Case No.:   24-20948
Applicant:  Ameena Terrell

    ☐ Trustee:   ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

**X** ☐ Debtor:   ☐ Chap. 11      **X** ☐ Chap. 13

    ☐ Official Committee of _____

Professional:   _ **Robert Schwartz Esquire of the Schwartz Group LLC**

Address of Professional    **12 Centre Drive., Monroe, NJ 08831**

Attorney for:   ☐ Trustee ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

**X** ☐ Other Professional:

    ☐ Realtor   ☐ Appraiser   **X** ☐ **Special Counsel**   ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above, It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ameena N Terrell  
  Debtor

Case No. 24-20948-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 1
Date Rcvd: Dec 02, 2024 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ameena N Terrell, 204 Mill Run Court, Hightstown, NJ 08520-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024 | Signature: | /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4