| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20948 / CMG**

Ameena N Terrell

Petition Filed Date: 11/04/2024
341 Hearing Date: 12/05/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | $500.00 | 10125797 | | | | | | |

**Total Receipts for the Period:  $500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ameena N Terrell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq. | Attorney Fees | $4,050.00 | $0.00 | $4,050.00 |
|   |   | Hold Funds: Reserve |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,850.50 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  LEASE/2022 JEEP CHEROKEE |   |   |   |   |
| 3 | FROST ARNET FOR NJ SURGERY CENTER LL | Unsecured Creditors | $1,796.30 | $0.00 | $0.00 |
| 4 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,642.28 | $0.00 | $0.00 |
| 5 | US DEPT OF EDUCATION | Unsecured Creditors | $73,628.96 | $0.00 | $0.00 |
| 6 | Public Service Electric & Gas | Unsecured Creditors | $5,654.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $24,158.41 | $0.00 | $0.00 |
| 8 | TD BANK USA, NA | Unsecured Creditors | $8,476.03 | $0.00 | $0.00 |
| 9 | RESURGENT RECEIVABLES, LLC | Unsecured Creditors | $6,587.20 | $0.00 | $0.00 |
|   | »»  RESURGENT ACQUISITIONS LLC |   |   |   |   |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $23,569.95 | $0.00 | $0.00 |
|   | »»  SOFI BANK,NA |   |   |   |   |
| 11 | AMERIHOME MTG COMPANY, LLC | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|   | »»  NP/204 MILL RUN CT UNIT 287/1ST MTG | No Disbursements: Withdrawn |   |   |   |

**Chapter 13 Case No. 24-20948 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $85.00 | Arrearages: | $0.00 |
| Funds on Hand: | $915.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

