Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−20948−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ameena N Terrell
   4630 Simsbury Road
   Apt. H
   Charlotte, NC 28226

Social Security No.:
   xxx−xx−7306

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 21, 2025.


Dated: March 21, 2025
JAN: mjb

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-20948-CMG

Ameena N Terrell                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 3

Date Rcvd: Mar 21, 2025            Form ID: plncf13            Total Noticed: 40

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ameena N Terrell, 4630 Simsbury Road, Apt. H, Charlotte, NC 28226-4019 |
| r | + | Donna Moskowitz, Keller Williams, 2355 Rt 33, Robbinsville, NJ 08691-1407 |
| sp | + | Robert Schwartz Esq, Schwartz Group LLC, 12 Centre Drive, Monroe, NJ 08831-1503 |
| 520446168 | + | Bright Capital Inc (Bright Money), 50 California Street, Suite 1621, Attn: Collections, San Francisco, CA 94111-4624 |
| 520446172 | + | Credit Convey (Hamiltonian LLC), 109 E 17th Street, Ste 430, Attn: Collections, Cheyenne, WY 82001-4543 |
| 520455765 | + | FROST ARNETT AGT FOR NEW JERSEY SURGERY CENTER LL, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 520446176 | + | Fast Fund Lending, PO Box 70, Solon, IA 52333-0070 |
| 520446180 | #+ | Klover Holdings, Inc, 222 W Hubbard Street, Ste 210, Attn: Collections, Chicago, IL 60654-4938 |
| 520446181 | + | Money Cash Advance App, Prog Services, Inc., 256 West Data Drive, Attn: Collections, Draper, UT 84020-2315 |
| 520446183 | + | OneBlinc aka BlincAdvance, LLC, 1111 Brickell Avenue, 10th Floor, Attn: Collections, Miami, FL 33131-3112 |
| 520446185 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520446187 | + | Snaptravel, Inc. (dba Super Travel), Super.com, 18 Bartol Street, Attn: Collections, San Francisco, CA 94133-4501 |
| 520446190 | + | The Capital Good Fund, 333 Smith Street, Providence, RI 02908-3759 |
| 520446191 | | Uprova Credit, LLC, 635 East Highway 20, V, Attn: Collections, Upper Lake, CA 95485 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520454170 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 21 2025 20:50:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520446169 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2025 20:50:52 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520446170 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 21 2025 20:50:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 520446171 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2025 21:02:15 | Citibank (Best Buy), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520446173 | + | Email/Text: mrdiscen@discover.com | Mar 21 2025 20:48:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 520452232 | | Email/Text: mrdiscen@discover.com | Mar 21 2025 20:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520446174 | + | Email/Text: EBN@edfinancial.com | Mar 21 2025 20:48:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520446175 | ^ | MEBN | | |

Case 24-20948-CMG    Doc 43    Filed 03/23/25    Entered 03/24/25 00:13:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 21 2025 20:44:43 | Empower Finance, Inc., 650 California Street, Floor 7, Attn: Collections, San Francisco, CA 94108-2737 |
| 520446177 | | Email/Text: consumers@fcsbpo.com | Mar 21 2025 20:48:00 | First Credit Services, 9 Wills Way, Building 3, Re: Retro Fitness East Windsor, Piscataway, NJ 08854 |
| 520446178 | | Email/Text: reports@halstedfinancial.com | Mar 21 2025 20:48:00 | Halstead FInancial Services, PO Box 828, Re: Spotloan (BlueChip Financial), Skokie, IL 60076 |
| 520446179 | ^ | MEBN | Mar 21 2025 20:44:54 | InDebted Mail Processing Center, P.O. Box 1201, Re: Trustly/InDebted (Casino VIP Prefer), Farmington, MO 63640-4128 |
| 520481389 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 21 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520510472 | | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2025 20:48:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520446182 | + | Email/PDF: cbp@omf.com | Mar 21 2025 20:51:25 | One Main Financial, PO Box 70912, Charlotte, NC 28272-0912 |
| 520462707 | | Email/PDF: cbp@omf.com | Mar 21 2025 20:50:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520446184 | + | Email/Text: bankruptcy@pseg.com | Mar 21 2025 20:48:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 77 571 635 01, Cranford, NJ 07016-0490 |
| 520510449 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2025 20:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520505626 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 20:51:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520446188 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 21 2025 20:50:53 | SOFI Bank, 2750 East Cottonwood Parkway, #300, Salt Lake City, UT 84121-7285 |
| 520446186 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2025 20:48:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 520500107 | | Email/Text: bncmail@w-legal.com | Mar 21 2025 20:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520446189 | + | Email/Text: bncmail@w-legal.com | Mar 21 2025 20:49:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 520468201 | + | Email/Text: EBN@edfinancial.com | Mar 21 2025 20:48:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520446192 | | Email/Text: jose@volafinance.com | Mar 21 2025 20:49:00 | Vola Finance, 1 Chestnut Hill Plaza, #1019, Attn: Collections, Newark, DE 19713 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: plncf13 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4