| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on April 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>AMEENA TERRELL<br><br>Debtors | Case No.:  24-20948<br><br>Chapter 13<br><br>Judge:  Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: April 1, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor: Ameena Terrell
Case No.:  24-20948 CMG
Caption:  Order Granting Additional Chapter 13 Fees

      The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $900 for services rendered and expenses in the amount of $0 for a total of $900  The allowance shall be payable:

    \_\_\_\_\_  through the Chapter 13 Plan as an administrative priority from
            funds on hand
  \_\_\_x\_\_  outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months.