| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br>Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353<br>_____<br>In re:<br>AMEENA TERRELL<br><br>       Debtors<br><br>_____ | Order Filed on April 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br><br><br><br><br><br><br>Case No.: 24-20948<br><br>Chapter 13<br><br>Judge: Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: April 1, 2025**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor: Ameena Terrell
Case No.:  24-20948 CMG
Caption:  Order Granting Additional Chapter 13 Fees

     The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $900 for services rendered and expenses in the amount of $0 for a total of $900 The allowance shall be payable:

    \_\_\_\_\_    through the Chapter 13 Plan as an administrative priority from
              funds on hand
  \_\_\_x\_\_    outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                    Case No. 24-20948-CMG
Ameena N Terrell                                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 1
Date Rcvd: Apr 01, 2025              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

**Recip ID**           **Recipient Name and Address**
db                    + Ameena N Terrell, 4630 Simsbury Road, Apt. H, Charlotte, NC 28226-4019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025                      Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

**Name**                      **Email Address**

Albert Russo
                           docs@russotrustee.com

Denise E. Carlon
                           on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Zimnis
                           on behalf of Debtor Ameena N Terrell njbankruptcylaw@aol.com

U.S. Trustee
                           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4